MARIA McCABE, as Administratrix of the Estate of PATRICK McCABE, Deceased, Appellant, *v.* CARTER & WEEKES STEVEDORING COMPANY, Respondent.

*McCabe* v. *Carter & Weekes Stevedoring Co.,* 159 App. Div. ·361, affirmed.

(Argued February 1, 1916; decided February 22, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 6, 1914, reversing a judgment in favor of plaintiff entered ·upon a verdict and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. The defendant, who is in the stevedoring business, was engaged in loading a ship. The plaintiff's intestate was in the employ of the defendant, and, while at work in the hold of the ship, was struck by a cross hatch beam, which fell from the lower deck, causing instant death. The complaint alleges that the injuries and death of plaintiff's intestate were caused solely by reason of the defendant's failure to provide the plaintiff's intestate with a safe and suitable place to work, with safe and proper ways, works and machinery, by the negligence and carelessness of defendant's agents, by reason of the defendant's failure to provide proper inspection of the cross hatch beams, and that the defendant knowingly permitted the said cross hatch beams to remain in

their sockets without having been securely or properly fastened.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for appellant.

*James J. Mahoney* and *F. Wright Moxley* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.